UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 14CR10282- |
| | ) | CRIMINAL NO. 14-____ (__) |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1. LOUIS J. DINUNZIO, | ) | |
| 2. JOSEPH SPAGNUOLO-KAZONIS, | ) | 21 U.S.C. § 846- |
| 3. JOHN WOODMAN, and | ) | Conspiracy to Possess with Intent to |
| 4. ROBERT FITZPATRICK, | ) | Distribute and to Distribute Marijuana |
| | ) | |
| Defendants. | ) | 21 U.S.C. § 853- |
| | ) | Criminal Forfeiture |
| | ) | |

## **INDICTMENT**

COUNT ONE:   (21 U.S.C. § 846 -- Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana)

The Grand Jury charges:

From a time unknown to the Grand Jury, but at least by in or about July 2013 and continuing thereafter until on or about February 4, 2014, in the District of Massachusetts and elsewhere:

1. **LOUIS J. DINUNZIO,**
2. **JOSEPH SPAGNUOLO-KAZONIS,**
3. **JOHN WOODMAN, and**
4. **ROBERT FITZPATRICK,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with and among each other and persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 50 kilograms or more of marijuana. Accordingly, Title 21, United States Code, Section 841(b)(1)(c) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction on Count One of this Indictment,

      1. **LOUIS J. DINUNZIO,**
      2. **JOSEPH SPAGNUOLO-KAZONIS,**
      3. **JOHN WOODMAN, and**
      4. **ROBERT FITZPATRICK,**

defendants herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph one, above, as a result of any act or omission of the defendant --

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

It is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph one above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
SETH B. KOSTO
TIMOTHY E. MORAN
ASSISTANT U.S. ATTORNEYS
DISTRICT OF MASSACHUSETTS

September 30, 2014

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk  9/30/14 @ 1:38pm

4