UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )  Criminal No. 14-10282-PBS-4<br>)<br>ROBERT FITZPATRICK,  )<br>    Defendant.  ) | |

### GOVERNMENT'S SENTENCING MEMORANDUM

On October 7, 2015, the defendant pled guilty to a superseding information, which charged use of a communication facility to facilitate the possession of marijuana with intent to distribute. Sentencing is scheduled for March 17, 2017. For the reasons below and to be discussed in court, the government requests a sentence of time served to be followed by one year of supervised release.

### I.  BACKGROUND OF THE CASE

This case arose from an investigation by the FBI and Massachusetts State Police ("MSP") into criminal activity by the New England Family of La Cosa Nostra ("NELCN"). The FBI identified co-defendant Louis DiNunzio as a member of the NELCN and co-defendants Joseph Spagnuolo-Kazonis, John Woodman and FITZPATRICK as associates of the NELCN. PSR ¶ 10.

FITZPATRICK's use of a telephone facilitated the conspiracy of DiNunzio and Kazonis to import high grade marijuana from California to Massachusetts. DiNunzio and Kazonis made at least three trips to California to locate a supply of marijuana and ship it to Massachusetts. PSR ¶ 10. On February 4, 2014, law enforcement intercepted the last shipment of over 66 pounds at Woodman's house, with all of the defendants present. PSR ¶ 28. FITZPATRICK,

who was a former UPS driver, participated in the conspiracy by recruiting an active UPS driver to divert the boxes of marijuana. PSR ¶ 15.

## II.     ADVISORY SENTENCING GUIDELINES ANALYSIS

The government adopts the Sentencing Guidelines analysis applied by the PSR. The PSR found that FITZPATRICK was responsible for between 40 and 60 kilograms, which is base offense level 18. PSR ¶ 36. FITZPATRICK receives a three level decrease for acceptance of responsibility. PSR ¶¶ 43-44, yielding a total offense level of 15.

FITZPATRICK is Criminal History Category I. PSR ¶ 52. At total offense level 15 and CHC I, FITZPATRICK's advisory GSR is 18 to 24 months.

## III.    THE GOVERNMENT'S RECOMMENDATION

FITZPATRICK's excellent performance in the RISE program justifies the government's recommendation of time served and supervised release. That performance was described in a separate submission to the Court and the government need not repeat it here. In short, FITZPATRICK devoted great time and effort to both his recovery from addiction and rehabilitation and appears unlikely to reoffend. More significantly, FITZPATRICK's performance has served as an example to others and ought to be rewarded. Although the RISE program is relatively new, FITZPATRICK is at the very top of participants.

For the reasons stated above, and pursuant to 18 U.S.C. §3553(a), the government requests that the Court impose the following sentence:

- a sentence of time served (two days);
- no fine;
- supervised release for a term of 12 months;

- a $100 special assessment; and

- the preliminary order of forfeiture (money judgment) [dkt. no. 162], entered by the Court on November 1, 2015.

Respectfully submitted,
WILLIAM D. WEINREB
ACTING UNITED STATES ATTORNEY

By:   s/ Timothy E. Moran
TIMOTHY E. MORAN
SETH B. KOSTO
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I, Timothy E. Moran, Assistant U.S. Attorney, certify that I caused a copy of the foregoing sentencing memorandum to be served by ECF filing to defense counsel.

s/ Timothy E. Moran
TIMOTHY E. MORAN
Assistant U.S. Attorney

Dated: March 13, 2017